HYMAN FEINBERG, Defendants.— Action for personal injuries suffered by appellant as a consequence of the collision of the taxicab, in which she was a passenger, with another automobile. Order reversed on the facts, without costs, the motion granted, without costs, and the case set for trial during the October, 1940, term of the court on a day to be fixed by the justice presiding in the calendar part thereof. In view of the age of the plaintiff (seventy-six years) and her physical condition, it was an improvident exercise of discretion to deny a preference. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

### (October, 15, 1940.)

MARY CLARK, Respondent, v. CHARLES T. RUDERSHAUSEN, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ROSE CZERNY, Respondent, v. RALSUT, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 259 App. Div. 1081.] Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

LETTIE EBEL, Appellant, v. ANDREW AST, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

HENRY A. FABRYCKY, INC., Respondent, v. NAD REALTY CORP., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

GERALD W. HUNTER, Respondent, v. FITZ-ROY DEVELOPMENT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of W. LAWRENCE DARROW, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application and Petition of GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York under Chapter 724 of the Laws of 1905 and the Acts Amendatory Thereof (Now Title K of the Administrative Code of the City of New York), in the County of Westchester, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of New York City. Delaware Sections 1, 2, 3. County of Westchester. ELEANOR ISELIN as the Owner of Award for Parcel 840 Herein and GERALD WHITMAN as the Owner of Award for Parcel 845, Appellants; GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of Supplementary Proceedings: MILLER GEROW Co., INC., Respondent, v. HYMAN GOLD, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ALEX PIERCEY & Co., INC. (SIDNEY BELLINGER, Assignee), Respondent, v. ANTONIO MAGRI, Appellant, and Others, Defendants.— Motion for leave to appeal